IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIELLE M. MAYFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3025 |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | ORDER |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for leave to proceed *in forma pauperis* (Filing No. 3). The Court has reviewed the statement in support of request to proceed *in forma pauperis* and finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* is granted. This action shall be filed at no cost to plaintiff pursuant to 28 U.S.C. § 1915(a)(1).

DATED this 15th day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court